James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CRUTCHFIELD CONSTRUCTION CO., INC., a California corporation; and CARL EVERETT CRUTCHFIELD, an individual,<br><br>Defendants. | Case No.: C-06-0328 WDB<br><br>**UNOPPOSED NOTICE OF DISMISSAL AS TO DEFENDANT CARL EVERETT CRUTCHFIELD (NO DEFENDANT YET APPEARING) AND [PROPOSED] ORDER** |

Plaintiffs hereby dismiss this action without prejudice as to defendant Carl Everett Crutchfield. No defendant has yet appeared.

DATED: February 17, 2006                STANTON, KAY & WATSON, LLP


By__/s/ James P. Watson_____
          JAMES P. WATSON

Attorneys for Plaintiffs

-1-
UNOPPOSED NOTICE OF DISMISSAL AS TO DEFENDANT CARL EVERETT CRUTCHFIELD (NO DEFENDANTS YET APPEARING) AND [PROPOSED] ORDER [CASE NO. C-06-0326 WDB]

1 [PROPOSED] ORDER

2     IT IS SO ORDERED.

4 DATED: 2-21-06

    WAYNE _____ MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

F:\CASES\7000\7000.1048 Crutchfield\PLEADINGS\NOTICE OF DISMISSAL.doc

-2-
**UNOPPOSED NOTICE OF DISMISSAL AS TO DEFENDANT CARL EVERETT CRUTCHFIELD (NO DEFENDANTS YET APPEARING) AND [PROPOSED] ORDER [CASE NO. C-06-0326 WDB]**