| | |
|---|---|
| 1 | James P. Watson (SBN 046127) |
| 2 | Bruce K. Leigh (SBN 129753) |
|   | Anne Bevington (SBN 111320) |
|   | STANTON, KAY & WATSON, LLP |
| 3 | 101 New Montgomery, Fifth Floor |
|   | San Francisco, CA 94105 |
| 4 | Telephone: (415) 512-3501 |
|   | Facsimile: (415) 512-3515 |
| 5 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CRUTCHFIELD CONSTRUCTION CO., INC., a California corporation; and HAROLD D. CRUTCHFIELD, an individual, <br><br> Defendants. | Case No.: C-06-0328 WDB <br><br> **PLAINTIFFS' REQUEST FOR POSTPONEMENT OF DATES FOR ADR PROCESS SELECTION, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND ORDER** |

Now come the plaintiffs, hereinabove named, and request that the court postpone the dates herein for ADR process selection, initial disclosures and case management conference for approximately 45 days.

The reason for the postponement is that, through inadvertence, plaintiffs served the wrong party as individual corporate representative; an Amended Complaint has been filed identifying the correct corporate representative and the Summons and Amended Complaint were only served on March 17, 2006.

-1-

Plaintiffs recommend that the court reschedule the applicable dates as follows:

| Date | Event | Proposed Date |
|---|---|---|
| 3/28/2006 | Last day to:<br><br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 5/11/2006 |
| 4/11/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | 5/25/2006 |
| 4/18/2006 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, Oakland at 4:00 p.m. | 6/1/2006 |

WHEREFORE, plaintiffs pray that the case schedule be modified as indicated above.

DATED: March 23, 2006                    STANTON, KAY & WATSON, LLP


                                         By /s/ James P. Watson
                                             JAMES P. WATSON

                                         Attorneys for Plaintiffs

-2-
**PLAINTIFFS' REQUEST FOR POSTPONEMENT OF DATES FOR ADR PROCESS SELECTION, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [CASE NO. C-06-0328 WDB]**

# ORDER

Upon application of plaintiffs, it is hereby ORDERED that the following case schedule dates are modified:

| Date | Event | New Date |
|---|---|---|
| 3/28/2006 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 5/11/2006 |
| 4/11/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | 5/25/2006 |
| 4/18/2006 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, Oakland at 4:00 p.m. | 6/1/2006 |

Plaintiffs' counsel is directed to serve a copy of this Order on all defendants or defendants' counsel.

DATED: 3/23/06  _____



_____
Hon. Wayne D. Brazil
United States Magistrate Judge

F:\CASES\7000\7000.1048 Crutchfield\PLEADINGS\Request for Postponement.doc

-3-
**PLAINTIFFS' REQUEST FOR POSTPONEMENT OF DATES FOR ADR PROCESS SELECTION, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [CASE NO. C-06-0328 WDB]**

# PROOF OF SERVICE

CASE NAME: *Jose Moreno; et al. v. Crutchfield Construction Co., Inc.; et al.*
CASE NUMBER: United States District Court, Northern District of California
No. C-06-0328 WDB

    I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

    On March 23, 2006, I served the following document(s) described as:

**PLAINTIFFS' REQUEST FOR POSTPONEMENT OF DATES FOR ADR PROCESS SELECTION, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE**

on the following party/parties:

| | |
|---|---|
| Crutchfield Construction Co., Inc.<br>2655 East Miner Avenue, Suite A<br>Stockton, CA 95205 | Harold D. Crutchfield<br>2655 East Miner Avenue, Suite A<br>Stockton, CA 95205 |

    _X_   (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    ___   (BY PERSONAL SERVICE)

    ___   By personally delivering copies to the person served.

    ___   I delivered such envelope by hand to the offices of the addressee pursuant to C.C.P. §1011.

    ___   I caused such envelope to be delivered by hand to the office of the addressee.

    ___   (BY FACSIMILE) AND U.S. MAIL

    ___   on the party(ies) named below in this action by sending via facsimile to the telephone facsimile number shown below, a true copy thereof following ordinary business practices. After transmission of the document, the facsimile machine indicated the document as having been sent complete and without error. The transmission report was properly issued by the transmitting machine and the original transmission report is attached to the original proof of service.

-4-

**PLAINTIFFS' REQUEST FOR POSTPONEMENT OF DATES FOR ADR PROCESS SELECTION, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [CASE NO. C-06-0328 WDB]**

1      ___     (COURIER SERVICE)

2      ___     by placing a true copy thereof enclosed in a sealed envelope, with delivery fees provided for, for pick up at this office and overnight delivery by Golden State Overnight courier service.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on March 23, 2006 at San Francisco, California.

                                            /s/ Carol M. Christensen
                                                Carol M. Christensen

**PLAINTIFFS' REQUEST FOR POSTPONEMENT OF DATES FOR ADR PROCESS SELECTION, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [CASE NO. C-06-0328 WDB]**