UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Moreno and Larry Totten as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al,<br><br>              Plaintiffs,<br><br>   v.<br><br>Crutchfield Construction Co., Inc., a California corporation, and Harold D. Crutchfield, an individual,<br>              Defendants.<br>_____/ | No.  C-06-0328 WDB<br><br>**ORDER RE SUPPLEMENTAL SUBMISSIONS RE MOTION FOR DEFAULT JUDGMENT** |

**On September 7, 2006,** the Court conducted a hearing in connection with plaintiffs' Motion for Default Judgment, filed July 18, 2006.  For the reasons stated on the record, the Court ORDERS as follows.

**By Monday, October 16, 2006,** plaintiffs must file with the Court and serve on defendants their supplemental submissions, **if any**, with respect to the following:

    1.    Bases for finding that the members of EUCA acknowledged and adopted the same terms presented in the agreements between AGC and the union and/or other evidence that supports a finding that the terms of the AGC agreements are the same terms applicable to signatories who are members of EUCA,

1

2. Bases for finding that it is appropriate to charge defendants liquidated damages at the rate of $150.00 flat fee per month for <u>each separate account</u> maintained by plaintiffs, resulting in liquidated damages in the amounts $300.00 or $450.00 for some months,

3. Evidence identifying each of the attorneys who performed the work for which plaintiffs' seek attorneys' fees and setting forth the experience and qualifications of each of those attorneys, and

4. Brief description of the reason counsel used a messenger for each instance for which plaintiffs seek reimbursement of messenger costs.

**By Monday, October 30, 2006, at 4:00 p.m.,** defendants must file with the Court and serve on plaintiffs their response, if any, to plaintiffs' October 16th submission.

**On Monday, October 30, 2006, at 4:00 p.m.**, plaintiffs' Motion for Default Judgment will be DEEMED SUBMITTED.

**<u>The Court ORDERS plaintiffs to serve a copy of this Order on defendants immediately.</u>**

IT IS SO ORDERED.

Dated: September 8, 2006

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiffs with direction to serve defendants,
wdb, stats

2