UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Moreno and Larry Totten as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Crutchfield Construction Co., Inc., a California corporation, and Harold D. Crutchfield, an individual, <br> Defendants. <br> _____/ | No. C-06-0328 WDB <br><br> **SECOND ORDER FOR SUPPLEMENTAL INFORMATION** |

    The Court has received plaintiffs' October 13th supplemental submission.

    In order to demonstrate that the EUCA is bound by the terms for liquidated damages and interest promulgated by the Board of Trustees, plaintiffs must respond to the following items.

    1.    If plaintiffs' position is that they do not need amendments to the Trust Agreements to be signed by EUCA, what is the source of authority for that position and what is the evidence that EUCA would have known about that authority?

    Is there a writing that sets forth <u>how</u> the Trust Agreements to which EUCA agreed to be bound could be amended? What is (are) the procedure(s) by which the Trust Agreements could be amended?

At the time EUCA agreed to be bound by the Master Agreement (found at Exhibit B of the Hagan Declaration) was EUCA aware of the writing and/or procedures relating to how the Trust Agreements could be amended?

2.  Plaintiffs have submitted an amendment to one of the Trust Agreements that is signed by the representative for <u>AGC</u>. Hagan Decl., at Ex. D. Doesn't the existence of an amendment signed by AGC imply that amendments were to be signed by each signatory organization?

**By Monday, October 23, 2006, at <u>noon</u>**, plaintiffs must file with the Court and serve on defendants plaintiffs' argument and evidence relating to the above items.

**By Monday, October 30, 2006, at <u>4:00 p.m.</u>**, defendants must file with the Court and serve on plaintiffs defendants' response, if any, to plaintiffs' October 23rd submission.

**On Monday, October 30, 2006, at 4:00 p.m.**, plaintiffs' Motion for Default Judgment will be DEEMED SUBMITTED.

**<u>The Court ORDERS plaintiffs to serve a copy of this Order on defendants immediately.</u>**

IT IS SO ORDERED.

Dated: October 18, 2006

/s/  Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiffs with direction to serve defendants,
wdb, stats