United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Moreno and Larry Totten as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al,<br><br>                   Plaintiffs,<br><br>   v.<br><br>Crutchfield Construction Co., Inc., a California corporation, and Harold D. Crutchfield, an individual,<br>                   Defendants.<br>_____/ | No.  C-06-0328 WDB<br><br>**ORDER *VACATING* "SECOND ORDER FOR SUPPLEMENTAL INFORMATION"** |

      The Court has now satisfied itself that it understands the relationship between the agreements signed by EUCA and those signed by AGC, and hereby VACATES its Second Order for Supplemental Information, filed October 18, 2006.

      Plaintiff is relieved of its duty to file additional submissions on this issue.

      Defendants are still permitted to file submissions pursuant to the Order for Supplemental Submissions re Motion for Default Judgment, filed September 8, 2006.

//

//

//

1

1  Pursuant to that Order:

2  **By Monday, October 30, 2006, at <u>4:00 p.m</u>.**, defendants must file with the
3  Court and serve on plaintiffs defendants' response, if any, to plaintiffs' October
4  16th submission.

5  **On Monday, October 30, 2006, at 4:00 p.m.**, plaintiffs' Motion for
6  Default Judgment will be DEEMED SUBMITTED.

7  <u>**The Court ORDERS plaintiffs to serve a copy of this Order on**</u>
8  <u>**defendants immediately.**</u>

9  IT IS SO ORDERED.

10  Dated: October 18, 2006

/s/  Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

12  Copies to:
Plaintiffs with direction to serve defendants,
13  wdb, stats

2