**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORENO, et al.,

    Plaintiffs,

v.

CRUTCHFIELD CONSTRUCTION CO., INC., et al.,

    Defendants.

No. C 06-00328 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, Plaintiffs' applications for orders for appearance and examination in the above captioned matter are HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. Plaintiffs shall serve a copy of this Order on Defendants with proof of such service to the Court by no later than October 30, 2007.

**IT IS SO ORDERED.**

Dated: October 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom