IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO, et al., | |
|     Plaintiffs, | No. C 06-00328 JSW |
| v. | |
| CRUTCHFIELD CONSTRUCTION CO., INC., et al., | **AMENDED ORDER OF REFERRAL** |
|     Defendants. | |

Pursuant to Local Rule 72-1, the Court referred Plaintiffs' applications for orders for appearance and examination in the above captioned matter to a Magistrate Judge to prepare a report and recommendation. The matter was referred to Magistrate Judge Joseph C. Spero. The Court HEREBY AMENDS its prior order of referral to reflect that the Court is referring Plaintiffs' applications for orders for appearance and examination to Magistrate Judge Joseph C. Spero for resolution. Plaintiffs shall serve a copy of this Order on Defendants with proof of such service to the Court by no later than November 1, 2007.

**IT IS SO ORDERED.**

Dated: October 27, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom