Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:   (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CRUTCHFIELD CONSTRUCTION CO., INC., a California corporation; and HAROLD D. CRUTCHFIELD, an individual,<br><br>Defendants. | Case No.: C 06- 00328 JSW (JCS)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR FOR ORDER OF EXAMINATION**<br><br>DATE:   January 18, 2008<br>TIME:   9:30 a.m.<br>PLACE:  Federal Building, 450 Golden Gate Avenue, SF, CA<br>Courtroom A, 15th Floor<br>Hon. Joseph C. Spero |

/ / /

/ / /

/ / /

/ / /

/ / /

6090222.1

-1-
ORDER TO SHOW CAUSE

**ORDER**

Defendants Crutchfield Construction Co., Inc. and Harold D. Crutchfield were personally served with respective Applications and Orders For Appearance and Examination, requiring Defendants, and each of them, to personally appear before this Court on November 30, 2007 at 9:30 a.m. to furnish information to aid in the enforcement of a money judgment against them. Defendants failed to appear.

Based on the above, IT IS HEREBY ORDERED THAT Defendants Crutchfield Construction Co., Inc. and Harold D. Crutchfield, and each of them, personally appear before this Court on January 18, 2008 at 9:30 a.m., Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and show cause why this Court should not issue sanctions for their failure to appear for the November 30, 2007 examination.

Dated: 12/04, 2007

_____
Hon. Joseph
United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]