Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CRUTCHFIELD CONSTRUCTION CO., INC., a California corporation; and HAROLD D. CRUTCHFIELD, an individual,<br><br>Defendants. | Case No.: C 06-00328 JSW (JCS)<br><br>**PLAINTIFFS' REQUEST TO CONTINUE HEARING ON ORDER TO SHOW CAUSE re CONTEMPT; ORDER THEREON**<br><br>**28 USC § 636(e)(6)**<br><br>Date: February 22, 2008<br>Time: 9:00 a.m<br>Ctroom: 2, 17th Floor<br>Hon. Jeffrey S. White |

///

///

///

///

///

Pursuant to Request by Plaintiffs, this Court issued an Order to Show Cause re Contempt of Court, directed against Defendants. On Tuesday, February 19, 2008, Defendant Harold Crutchfield, on behalf of himself and Crutchfield Construction Co., Inc., advised counsel that he is undergoing dialysis on Mondays, Wednesdays and Fridays and therefore is not able to appear in Court on Friday, February 22, 2008 for the Order to Show Cause re Contempt. Mr. Crutchfield advised that he would be available for an appearance on a Tuesday or Thursday.

Based on the above, Plaintiffs respectfully request that this Court continue the February 22, 2008 Hearing On Order to Show Cause re Contempt to any of the following dates, at the convenience of the Court: March 4, 6, 13, 18 or 20, 2008.

DATED: February 20, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

### ORDER

Based on the above and good cause appearing,

IT IS HEREBY ORDERED THAT the February 22, 2008 hearing date be vacated and that Defendants Crutchfield Construction Co., Inc. and Harold D. Crutchfield, and each of them, personally appear before this Court on March 18, 2008 at 10:00 a.m., Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, for the Order to Show Cause re Contempt.

Dated: February 20, 2008

_____
Hon. Jeffrey S. White
United States District Judge



-2-
PLAINTIFFS' REQUEST TO CONTINUE HEARING ON ORDER Re CONTEMPT OF COURT; ORDER THEREON